# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

January 31, 2024

CL-2022-1150

Brian Christopher Williams, Jr. v. Kimberly Latrece Williams (Appeal from Mobile Circuit Court:  DR-20-901644).

## **ORDER**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Thompson, P.J., and Moore, Edwards, Hanson, and Fridy, JJ., concur.

Nathan P. Wilson, Clerk